IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DANIEL BENJAMIN BLAN, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 2:06-cv-0489-MEF |
| | ) |
| GRANTT CULLIVER, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #20) filed on December 20, 2007 is overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #19 entered on December 12, 2007 is adopted;

(3) The petition for habeas corpus relief is DENIED and DISMISSED with prejudice as time-barred.

DONE this the 10th day of January, 2008.

                                                         /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE